IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:26-CR-00172 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| WILLIAM D. BRENNER | : | (Electronically Filed) |

**ORDER**

AND NOW, this _____ day of September 2026, upon consideration of the Defendant's Motion to Modify Conditions of Release (Doc. ______), said Motion is hereby GRANTED. Defendant's condition shall be removed. All other conditions contained in the Court's Order of September 2, 2026, remain in full force and effect.

BY THE COURT:

_________________________
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania