**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:26-cr-00172 |
| | : | |
| v. | : | |
| | : | |
| WILLIAM D. BRENNER | : | Judge Jennifer P. Wilson |

**SCHEDULING ORDER**

**AND NOW**, on this 4th day of September 2026, **IT IS ORDERED THAT** a hearing on Defendant, William D. Brenner's, motion to modify conditions of release, doc. 16, is **SCHEDULED** for **September 9, 2026, at 3:00 p.m.**, in Courtroom 8A on the Eighth Floor of the Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania